GEORGE EAGAN GINTHER, Appellant, v HERBERT H. HEIM, ESQ., et al., Respondents. (Appeal No. 2.) [864 NYS2d 370]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered August 14, 2007 in a legal malpractice action. The order, insofar as appealed from, denied that part of the motion of plaintiff for leave to reargue his opposition to defendants' motion in appeal No. 1.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Ginther v Heim* (55 AD3d 1377 [2008]). Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.